# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **HADIYA ABDULSALAAM, et al.,** | |
| Plaintiffs, | |
| V. | Case No. 06-CV-413 |
| **FRANKLIN COUNTY BOARD OF COMMISSIONERS, et al.,** | JUDGE ALGENON L. MARBLEY |
| | Magistrate Judge Abel |
| Defendants. | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the August 31, 2009 Order Granting Finality Certification, the Clerk shall enter final judgment dismissing all claims against Defendants Franklin County Board of Trustees, Courtney Allensworth, and John Saros with prejudice, for the reasons set forth in the Court's July 23, 2009 Opinion and Order.

Date: **August 31, 2009**         **James Bonini, Clerk**

                                                                s/Betty L. Clark
                                                                Betty L. Clark/Deputy Clerk